PROB. 35                                                   Report and Order Terminating Probation/Supervised
(Rev. 7/04)                                            Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUN 28 PM 2:41

OFFICE OF THE CLERK

**UNITED STATES OF AMERICA**

v.

**Thomas H. Barrett**

Docket # 8:01CR98

On May 15, 2003, Thomas H. Barrett was sentenced to 15 months custody followed by 3 years supervised release. Thomas H. Barrett has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Thomas H. Barrett be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 28 day of June, 2005.

The Honorable Joseph F. Bataillon
Chief United States District Judge